The People of the State of Colorado, Plaintiff-Appellee, v. Scott Alexander Eddins, Defendant-Appellant. No. 18CA0734
Court of Appeals of Colorado, Seventh Division
November 24, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 
 Jefferson County District Court No. 16CR7364 Honorable
 Christie A. Bachmeyer, Judge.
 
 
 
 OPINION
 
 
 
 NAVARRO JUDGE.
 
 
 JUDGMENT
 AFFIRMED
 
 
 Grove
 and Pawar, JJ., concur.
 
 
 1